UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARDEN KASSAB, PHARMCO, INC., and
ALTERNATIVE GARDENS, LLC,

       Plaintiffs,                      Civil Action No. 22-cv-12307
                                                    HON. BERNARD A. FRIEDMAN

vs.

CITY OF DETROIT,

       Defendant.
_____/

**<u>ORDER DENYING PLAINTIFFS' RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER PENDING A HEARING ON PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION; GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION; AND GRANTING PLAINTIFFS 30 DAYS TO ADVISE THE COURT WHETHER THEY WISH TO PROCEED WITH THE ACTION FOR DECLARATORY JUDGMENT</u>**

      Before the Court is a renewed motion for a temporary restraining order pending a hearing on plaintiffs' request for a preliminary injunction filed by plaintiffs Arden Kassab; Pharmco, Inc.; and Alternative Gardens, LLC. (ECF No. 9). Also before the Court is a motion for leave to file supplemental exhibit in opposition to plaintiffs' renewed motion for temporary restraining order filed by defendant City of Detroit. (ECF No. 16). The Court held a hearing on the motions on December 21, 2022. For the reasons stated on the record, it is hereby,

ORDERED that plaintiffs' motion for a temporary restraining order pending a hearing on plaintiffs' request for a preliminary injunction (ECF No. 9) is DENIED.

IT IS FURTHER ORDERED that defendant's motion for leave to file supplemental exhibit in opposition to plaintiffs' renewed motion for temporary restraining order (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall advise the Court in writing by January 20, 2023, whether they intend to proceed with the action for declaratory judgment.

IT IS FURTHER ORDERED that all other deadlines in this case shall be stayed pending further order by the Court.

**IT IS SO ORDERED.**

                                                       s/Bernard A. Friedman
                                                       Hon. Bernard A. Friedman
                                                       Senior United States District Judge

Dated: December 21, 2022
       Detroit, Michigan